(February 8, 1971)

█ MURIEL BERNSTEIN, Respondent, v. AUGUSTUS BERNSTEIN, Appellant.—█

Munder, Acting P. J., Martuscello, Shapiro, Christ and Benjamin, JJ., concur.